Dennis L. Wilson (Bar No. 155407)
dwilson@kmwlaw.com
David K. Caplan (Bar No. 181174)
dcaplan@kmwlaw.com
Christopher T. Varas (Bar No. 257080)
cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard
Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

Attorneys for Plaintiff
Summit Entertainment, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JANE DOE, an individual,<br><br>Defendant. | Case No. CV10-1510 SJO VBKx<br><br>**COMPLAINT FOR FEDERAL COPYRIGHT INFRINGEMENT**<br>(17 U.S.C. §§ 501 et seq.)<br><br><u>**DEMAND FOR JURY TRIAL**</u> |

COMPLAINT

Plaintiff, Summit Entertainment, LLC ("Summit" or "Plaintiff"), through its attorneys, complaining of Defendant JANE DOE, alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 17 U.S.C. § 501, 28 U.S.C. § 1331, and § 1338(a). Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2).

2. This Court has personal jurisdiction over Defendant because she has committed tortious acts that she knew or should have known would cause injury to Summit in this District.

## THE PARTIES

3. Summit is a limited liability company organized and existing under the laws of the State of Delaware, having its principal place of business in Santa Monica, California.

4. Summit owns rights in and to the feature film "The Twilight Saga: Eclipse", including all images and elements contained therein (the "Film"). The Film, including without limitation the images contained therein, is entitled to protection under federal copyright law.

5. Summit is currently unaware of Defendant Jane Doe's true identity, and therefore sues Defendant by such fictitious acronym. Summit is informed and believes that discovery will reveal Defendant's true identity, and will amend this Complaint to identify Defendant by name after her identity is discovered. Upon information and belief, Defendant uses various Internet-related aliases, including the Google email address delaney83@gmail.com and the handles "delaney84" and "delaneyg84" on Internet sites including without limitation a Livejournal.com blog and Twitter.

## SUMMIT'S RIGHTS AND DEFENDANT'S UNLAWFUL CONDUCT

6. During the course of production of the Film, promotional still photographs (the "Photographs") were created for the purpose of marketing,

1  advertising and promoting the release and distribution of the Film. Summit is the
2  owner of the Photographs, including without limitation the copyrights therein.
3  Summit intends to release some or all of the Photographs to the public at a time and
4  date to be determined by Summit. Summit has applied on an expedited basis for
5  federal copyright registration of the Photographs.

6  　　　7.　Upon information and belief, Defendant has infringed Summit's rights in
7  the Film and the Photographs by reproducing and distributing unauthorized copies of
8  a number of the Photographs, including without limitation by uploading those
9  Photographs to the Internet site Twitpic.com for distribution via Internet messaging
10 service Twitter.com, and also by uploading those Photographs to the Internet site
11 LiveJournal.com. Upon information and belief, Defendant began reproducing and
12 distributing the Photographs on or about February 14, 2010.

13 　　　8.　Defendant's reproduction and distribution of copies of the Photographs
14 has been without authorization and is without Plaintiff's consent. Defendant has acted
15 with willful and intentional disregard of Plaintiff's copyrights and Plaintiff has
16 sustained substantial damage as a result thereof.

17 　　　　　　　　　　　**CLAIM FOR RELIEF**
18 　　　　　　　　　　**(Federal Copyright Infringement)**
19 　　　　　　　　　　　**[17 U.S.C. §§ 501 et seq.]**

20 　　　9.　Summit realleges and incorporates each of the foregoing paragraphs of
21 this Complaint as though fully set forth herein.

22 　　　10.　At all relevant times, Summit has owned the rights, titles, and interest in
23 and to the Film and the Photographs.

24 　　　11.　Plaintiff has complied in all respects with Title 17 of the United States
25 Code, and in compliance with the law has applied on an expedited basis to the
26 Register of Copyrights for appropriate certificates of registration for the Photographs.

27 　　　12.　Defendant has willfully and intentionally infringed Plaintiff's rights,
28 including its copyrights, by reproducing and distributing, without Plaintiff's consent,

unauthorized copies of the Photographs.

13. Plaintiff has no adequate remedy at law. The said conduct of Defendant has caused and, if not enjoined, will continue to cause irreparable damage to the rights of Plaintiff.

14. As a result of Defendant's wrongful conduct, Plaintiff is entitled to injunctive relief and damages in an amount to be proven at trial.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

1. That a Temporary Restraining Order, Preliminary Injunction, and permanent injunction be issued enjoining and restraining Defendant and her agents, servants, employees and attorneys and all those acting in active concert or participation with her, from:

    A. Using, reproducing, distributing, selling or offering for sale, any reproduction, counterfeit, or copy of the Photographs or other Summit images or films; and

    B. Effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth herein.

2. That the Court order Defendant to deliver to Plaintiff, at Defendant's cost, all hard copy and electronic infringing copies of the Photographs and any other images or films owned by Plaintiff, or any portions or modifications thereof, within her possession, custody or control, pursuant to an appropriate protocol for identifying and retrieving all infringing electronically stored information within Defendant's possession, custody or control.

3. That Plaintiff be awarded damages for Defendant's copyright infringement as: (i) Defendant's profits derived from her unlawful infringement of

1. Plaintiff's copyrighted works; or (ii) statutory damages for each act of infringement in
2. an amount provided by law, as set forth in 17 U.S.C. § 504, at Plaintiff's election
3. before the entry of a final judgment, together with prejudgment and post-judgment
4. interest;
5.     4. That Defendant account for and pay over to Plaintiff profits realized by
6. Defendant by reason of Defendant's unlawful acts herein alleged and that those profits
7. be increased as provided by law;
8.     5. That the Court award Plaintiff its costs of suit incurred herein, including
9. its attorneys' fees as provided by the Copyright Act;
10. //
11. //
12. //
13. //
14. //
15. //
16. //
17. //
18. //
19. //
20. //
21. //
22. //
23. //
24. //
25. //
26. //
27. //
28. //

6. That this Court retain jurisdiction of this action for the purpose of enabling Plaintiff to apply to the Court at any time for such further orders and interpretation or execution of any order entered in this action, for the modification of any such order, for the enforcement or compliance therewith and for the punishment of any violations thereof;

7. That the Court grant Plaintiff such other and further relief as it deems just and equitable to make Plaintiff whole for the damage caused by Defendant.

Dated: March 1, 2010

By: _____
Dennis L. Wilson
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC

## JURY DEMAND

Plaintiff respectfully requests a jury trial on all issues triable set forth in this Complaint.

Dated: March 1, 2010

By: _____
Dennis L. Wilson
Keats McFarland & Wilson LLP
Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge S. James Otero and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

### CV10- 1510 SJO (VBKx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Dennis L. Wilson (SBN 155407) dwilson@kmwlaw.com
David K. Caplan (SBN 181174) dcaplan@kmwlaw.com
Christopher T. Varas (SBN 257080) cvaras@kmwlaw.com
KEATS, MCFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUMMIT ENTERTAINMENT, LLC, a Delaware limited liability company,<br><br>PLAINTIFF,<br>v.<br><br>JANE DOE, an individual,<br><br>DEFENDANT. | CASE NUMBER<br><br>**CV10-1510 SJO VBKx**<br><br>**SUMMONS** |

TO: THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorneys Dennis L. Wilson, David K. Caplan and Christopher T. Varas, whose address is:

KEATS MCFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212
Telephone: (310) 248-3830
Facsimile: (310) 860-0363

an answer to the ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim which is herewith served upon you within twenty-one (21) days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Clerk, U. S. District Court

DATE: MAR - 1 2010

By _Natalee Hongsaeng_
Deputy Clerk

*(Seal of the Court)*

---

CV-01A (01/01)                                        SUMMONS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Summit Entertainment, LLC, a Delaware limited liability company

**DEFENDANTS**
Jane Doe, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Keats McFarland & Wilson LLP (SEE ATTACHMENT "A")
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California 90212; Tel.: (310) 248-3830

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
(17 USC §§ 501 et seq.) Federal Copyright Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | | | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:** Case Number: **CV10-1510**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Summit Entertainment, LLC, Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Jane Doe [County of Residence Unknown] | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____  Date March 1, 2010

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# Civil Cover Sheet
## USDC, Central District of California

### Summit Entertainment, LLC v. Jane Doe
Case No. _____

# ATTACHMENT "A"

**1(b) Attorneys:**
Dennis L. Wilson (State Bar No. 155407)
E-Mail: dwilson@kmwlaw.com
David K. Caplan (State Bar No. 181174)
E-Mail: dcaplan@kmwlaw.com
Christopher T. Varas (State Bar No. 257080)
E-Mail: cvaras@kmwlaw.com
KEATS McFARLAND & WILSON LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, California  90212
Telephone:  (310) 248-3830
Facsimile:   (310) 860-0363

Attorneys for Plaintiff
SUMMIT ENTERTAINMENT, LLC.